IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| | CASE NO. 3:21-CR-226-M |
| v. | |
| RAYSHUN JACKSON | |

## RAYSHUN JACKSON'S REQUEST FOR HEARING ON MOTION FOR DOWNWARD VARIANCE

COMES NOW Rayshun Jackson ("Mr. Jackson"), by and through counsel, requesting a hearing on his Motion for Downward Variance.

On April 20, 2024, the Government filed a Response to Defendant's Motion under 18 U.S.C. § 3582(c)(2) agreeing with probation's finding that Mr. Jackson is eligible for a sentence reduction as a Zero-Point Offender.

WHEREFORE, Rayshun Jackson respectfully moves the Court for an order setting this matter for hearing, and for all other just and proper relief.

Respectfully submitted,

*/s/ Brandon N. McCarthy*
Brandon N. McCarthy
Texas Bar No. 24027486
Brandon.McCarthy@katten.com
Katten Muchin Rosenman LLP
2121 N. Pearl Street, Suite 1100
Dallas, TX 75201
Telephone: 214.765.3680
Facsimile: 214.765.3602

RAYSHUN JACKSON'S REQUEST FOR HEARING - 1

## CERTIFICATE OF SERVICE

    I do hereby certify that a true and correct copy of the foregoing was served on all parties and counsel of record via the Court's CM/ECF system on this 30th day of April 2024.

                                                         */s/ Brandon N. McCarthy*
                                                         Brandon N. McCarthy